UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAVERN CHARLES FASTHORSE<br><br>Plaintiff,<br><br>v.<br><br>HERNANDEZ, *et al.*,<br><br>Defendants. | Case No. 2:19-cv-00196-APG-NJK<br><br>ORDER |

## I. DISCUSSION

On February 1, 2019, Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 without paying a filing fee or filing an application to proceed *in forma pauperis*. Docket Nos. 1, 1-1. On February 4, 2019, the Court informed Plaintiff that if he did not pay the filing fee, he was required pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2 to complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. Docket No. 3 at 1. The Court therefore ordered Plaintiff to either pay the filing fee or file a complete application to proceed *in forma pauperis*, including the required financial attachments. *Id.* at 1-2.

On February 13, 2019, Plaintiff filed an application to proceed *in forma pauperis*, but failed to include a financial certificate with that application. Docket No. 4. An application to proceed *in forma pauperis* must include both an inmate account statement for the past six months and a properly executed financial certificate. Therefore, Plaintiff's application to proceed *in forma pauperis* application is denied without prejudice.

The Court will give Plaintiff one final opportunity either to pay the required filing fee or file a complete application to proceed *in forma pauperis*, including <u>both</u> a properly executed

1

financial certificate and an inmate account statement for the last six months. The Court will retain Plaintiff's civil rights complaint, Docket No. 1-1, but will not file it until the matter of the payment of the filing fee is resolved.

## II. CONCLUSION

For the foregoing reasons,

IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis*, Docket No. 4, is DENIED without prejudice to file a new application.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that, no later than April 29, 2019, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with both an inmate account statement for the past six months and a properly executed financial certificate; or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint, Docket No. 1-1, but shall not file it at this time.

DATED: March 28, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE