|   |   |   |
|---|---|---|
| 1 | **UNITED STATES DISTRICT COURT** | |
| 2 | **DISTRICT OF NEVADA** | |
| 3 | LAVERN CHARLES FASTHORSE, | Case No.: 2:19-cv-00196-APG-NJK |
| 4 | Plaintiff, | **ORDER** |
| 5 | v. | |
| 6 | HERNANDEZ, et al., | |
| 7 | Defendants. | |

This action is a *pro se* civil rights complaint filed under 42 U.S.C. § 1983 by a state prisoner. On March 28, 2019, Magistrate Judge Koppe ordered plaintiff Lavern Fasthorse to file a complete application to proceed *in forma pauperis*, including both an inmate account statement and a properly executed financial certificate or pay the full filing fee of $400.00 by April 29, 2019. ECF No. 5 at 2. Fasthorse has not filed a complete application, paid the full filing fee, or otherwise responded to the order.

District courts have the inherent power to control their dockets and "[i]n the exercise of that power, they may impose sanctions including, where appropriate . . . dismissal" of a case. *Thompson v. Hous. Auth. of City of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action, with prejudice, based on a party's failure to prosecute an action, failure to obey a court order, or failure to comply with local rules. *See Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir. 1995) (dismissal for noncompliance with local rule); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988) (dismissal for failure to comply with local rule requiring *pro se* plaintiffs to keep court apprised of address); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply

with court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for lack of prosecution and failure to comply with local rules).

In determining whether to dismiss an action for lack of prosecution, failure to obey a court order, or failure to comply with local rules, I must consider several factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives. *Thompson*, 782 F.2d at 831; *Henderson*, 779 F.2d at 1423-24; *Malone*, 833 F.2d at 130; *Ferdik*, 963 F.2d at 1260-61; *Ghazali*, 46 F.3d at 53.

Here, the first two factors (the public's interest in expeditiously resolving this litigation and the Court's interest in managing the docket) weigh in favor of dismissal. The third factor (risk of prejudice to the defendants) also weighs in favor of dismissal because a presumption of injury arises from the occurrence of unreasonable delay in filing a pleading ordered by the court or prosecuting an action. *See Anderson v. Air West*, 542 F.2d 522, 524 (9th Cir. 1976). The fourth factor (public policy favoring disposition of cases on their merits) is greatly outweighed by the factors in favor of dismissal discussed herein. Finally, a court's warning to a party that his failure to obey the court's order will result in dismissal satisfies the "consideration of alternatives" requirement. *Ferdik*, 963 F.2d at 1262; *Malone*, 833 F.2d at 132-33; *Henderson*, 779 F.2d at 1424. Magistrate Judge Koppe's order expressly stated: "IT IS FURTHER ORDERED that, if Plaintiff does not timely comply with this order, dismissal of this action may result." ECF No. 5 at 2. Thus, Fasthorse had adequate warning that dismissal would result from his noncompliance with Magistrate Judge Koppe's order.

It is therefore ordered that this action is dismissed without prejudice based on Fasthorse's failure to file a complete application to proceed *in forma pauperis* or pay the full filing fee in compliance with Magistrate Judge Koppe's March 28, 2019 order.

It is further ordered that the Clerk of Court shall enter judgment accordingly.

Dated: May 17, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE